UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT STAFFING COSTCO WHOLESALE MEATS,<br><br>　　　　　Defendant. | No. 2:18-cv-01866-TLN-GGH<br><br>ORDER |

Plaintiff files this civil action pro se, ECF No 1, and seeks to proceed in forma pauperis. ECF No. 2. Although he has not used this district's in forma pauperis application form, the document he has executed provides enough information to allow this court to determine that he lacks the economic resources to pay the fees and costs associated with bringing this suit. The court will, therefore, GRANT the in forma pauperis application.

Plaintiff recognizes that his complaint at this point contains insufficient detail to survive as it stands and indicates that he has filed the insufficient complaint only to avoid a statute of limitations bar, and that he intends to file an amended complaint that more clearly states his cause or causes of action. The court will not, therefore, dismiss the complaint at this point but will

1

order the filing of an amended complaint within 45 days of the service of this order.

In light of the foregoing IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion to proceed in forma pauperis is GRANTED;

    2.    Plaintiff shall file an amended complaint that complies with the dictates of Federal Rule of Civil Procedure 8 within 45 days of the service of this Order.

Dated: July 13, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE