UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT STAFFING; COSTCO WHOLESALE MEATS,<br><br>    Defendants. | No. 2:18-cv-1866 TLN DB PS<br><br>ORDER |

    Plaintiff William Whitsitt is proceeding in this action pro se and in forma pauperis. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On October 30, 2019, the undersigned ordered plaintiff to supply the U.S. Marshall with the documents necessary to serve defendants with process and to file a statement confirming submission of the necessary documents within twenty-one days. (ECF No. 10 at 2.) Plaintiff was cautioned that failure to timely comply could result in a recommendation that this action be dismissed. (Id. at 4.)

    Plaintiff was also issued a letter that same day advising plaintiff that Rule 4 of the Federal Rules of Civil Procedures provides that if a defendant is not served within 90 days, the court must dismiss the defendant without prejudice. (ECF No. 11.) Plaintiff, however, has not responded to the October 30, 2019 order in any manner and no defendant has appeared in this action.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within twenty-eight (28) days of the date of this order as to why this action should not be dismissed for a lack of prosecution.[1]

DATED: March 25, 2020          /s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this action, plaintiff may comply with this order by filing a notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.