UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. WHITSITT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SELECT STAFFING; COSTCO WHOLESALE MEATS,<br><br>　　　　　Defendants. | No. 2:18-cv-01866-TLN-DB<br><br>**ORDER** |

　　　　Plaintiff is an individual proceeding *pro se* with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On May 26, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The thirty-day period has expired, and Plaintiff has not filed any objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 26, 2020 (ECF No. 14) are ADOPTED IN FULL;

2. Plaintiff's June 19, 2019 second amended complaint (ECF No. 9) is DISMISSED without prejudice; and

3. The Clerk of Court is directed to close the case.

DATED: July 21, 2020

Troy L. Nunley
United States District Judge